IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYONG CHA ROBERTS,<br><br>Defendant. | CR 21–17–BLG–DLC<br><br><br><br>ORDER |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on August 24, 2021. (Doc. 30.) Neither party objected and therefore they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommends that this Court accept Defendant Kyong Cha Roberts' guilty plea after Ms. Roberts appeared before him pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and entered a guilty plea to one count of

coercion and enticement, in violation of 18 U.S.C. §§ 2422(a) and 2, as set forth in the indictment. Reviewing for clear error, the Court finds none.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendation (Doc. 30) is ADOPTED in full.

IT IS FURTHER ORDERED that Roberts' motion to change plea (Doc. 17) is GRANTED and Roberts is adjudged guilty as charged in the indictment.

DATED this 8th day of September, 2021.

Dana L. Christensen, District Judge
United States District Court